WILLIAM HARRISON BENDER, Respondent, v. HAROLD R. BEAUSTROM and Others, Defendants, Impleaded with SALISBURY SIGNAL CORPORATION, Appellant.— The second cause of action demands judgment for $2,000 by virtue of a contract entered into between defendant, appellant, and respondent for the sale of 8,500 shares of the common stock of the Salisbury Signal Corporation by plaintiff to said defendant, and for other relief. Order granting plaintiff's motion for summary judgment on the second cause of action, and judgment entered thereon, and also order entered March 7, 1935, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HORTENSE STRAUSS, an Infant over the Age of Fourteen Years, by SELMA STRAUSS, Her Guardian ad Litem, Respondent, v. LAZAN REALTY CO., INC., Appellant.— Action for personal injuries sustained by infant plaintiff as the result of a fall into elevator shaft in an apartment house owned by defendant, where she resided. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. HERMAN ALEXANDER and Others, Defendants, ALEXANDER C. ROWE, Defendant, Respondent, MELVILLE S. WIEN and Others, Impleaded Defendants, Appellants, and SYLVESTER W. LAWSON and Another, Copartners, etc., and ABRAHAM SUSSMAN, Also Known as ABE SUSSMAN, Impleaded Defendants.— Action against stockholders of Bank of United States for stock assessment. Order granting motion of defendant, respondent, to strike out answer of defendants Wien to respondent's cross-complaint and granting summary judgment in favor of respondent against said appellants, and the judgment entered thereon unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM B. HARDIN, Respondent, v. NEW YORK RAILWAYS CORPORATION, Appellant.— Action for personal injuries sustained by plaintiff as the result of defendant's negligence in the operation of one of its trolley cars. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,711.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HERMAN J. GARMS, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Action to recover weekly indemnity payable under a policy of accident insurance. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN E. GOW, Petitioner, for a Certiorari Order against JOHN F. O'RYAN, Police Commissioner of the City of New York, Respondent.— Order of certiorari to review the determination of the police commissioner in dismissing petitioner from the police department of the city of New York unanimously dismissed, and the determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.